

Melinda Scott
2014PMB87
PO Box 1133
Richmond, VA 23218

United States District Court
Office of the Clerk
180 W Main St., Rm 104
Abingdon, VA 24210