IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** | |
| Plaintiff, | Case No. 1:16CV00027 |
| v. | **ORDER** |
| **ANDREW CARLSON,** | By: James P. Jones |
| | United States District Judge |
| Defendant. | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the magistrate judge's Report and Recommendation is ACCEPTED and the plaintiff's Complaint is DISMISSED without prejudice.

The clerk will close the case.

ENTER: August 18, 2016

/s/ James P. Jones
United States District Judge